HAROLD B. SCHLENGER v. MONICA P. SCHLENGER.

December 12, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM PURYEAR.

December 12, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND RUCKER.

December 12, 1983.

Petition for certification denied.

THE NEWS PRINTING COMPANY v. JOSEPH ALESSI.

December 12, 1983.

Petition for certification denied.

THE NEWS PRINTING COMPANY v. JOSEPH ALESSI.

December 12, 1983.

Cross-petition for certification denied.